**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (*If known*): _____    Chapter 7

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2:    Identify the Debtor

2. **Debtor's full name**

   Willard
   First name

   Timothy
   Middle name

   Sutton
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

   W. Timothy Sutton

   Tim Sutton

   Timothy Sutton

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   XXX – XX – ____ ____ ____ ____    OR    9 XX – XX – ____ ____ ____ ____

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   EIN __ __ – __ __ __ __ __ __ __

   EIN __ __ – __ __ __ __ __ __ __

Official Form 105                     Involuntary Petition Against an Individual                     page 1

Debtor    Willard Timothy Sutton                                  Case number (if known)_____

| 6. Debtor's address | Principal residence | Mailing address, if different from residence |
|---|---|---|
| | 4509 Southlea Drive <br> Number       Street | Number       Street |
| | Winterville         NC    28590 <br> City              State   ZIP Code | City              State   ZIP Code |
| | Pitt <br> County | |
| | **Principal place of business** | |
| | 3840 Charles Boulevard <br> Number       Street | |
| | Greenville          NC    27858 <br> City              State   ZIP Code | |
| | Pitt <br> County | |

**7. Type of business**

❑ Debtor does not operate a business

*Check one if the debtor operates a business:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

**Each petitioner believes:**

❑ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

❑ No

☑ Yes. Debtor Greenville Auto World, LLC          Relationship  Member/Manager

District Eastern          Date filed 06/23/2023          Case number, if known 23-01745-5-JNC
                                    MM / DD / YYYY

Debtor _____          Relationship _____

District _____  Date filed _____  Case number, if known_____
                          MM / DD / YYYY

Official Form 105                    Involuntary Petition Against an Individual                    page **2**

Debtor   <u>Willard Timothy Sutton</u>                         Case number (if known)_____

| Part 3: | Report About the Case |
|---|---|

**10. Venue**

Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☐ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| First-Citizens Bank & Trust Company | Money loaned | $ 63,966.74 |
| Gary M. Harris | Money loaned/fraud | $ 1,900,000.00 |
| Thomas Carlton Elks, Jr. | Money loaned/fraud | $ 1,563,171.00 |
| | Total | $ 3,527,137.74 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

| Debtor | Willard Timothy Sutton | Case number *(if known)* _____ |
|---|---|---|

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _John Thomas_ SVP
Signature of petitioner or representative, including representative's title

First-Citizens Bank & Trust Company
Printed name of petitioner

Date signed  08 / 08 / 2023
              MM / DD / YYYY

**Mailing address of petitioner**

100 E. Tryon Road, Mail Code: DAC36
Number    Street

Raleigh                    NC      27603
City                       State   ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____

Email  _____

**Name and mailing address of petitioner's representative, if any**

Thomas Choiniere, Sr. Vice President
Name

100 E. Tryon Road, Mail Code: DAC36
Number    Street

Raleigh                    NC      27603
City                       State   ZIP Code

**Attorneys**

✗ *Paul A. Fanning*
    57948E75B957437...
Signature of attorney

Paul A. Fanning
Printed name

Ward and Smith, P.A.
Firm name, if any

Post Office Box 8088
Number    Street

Greenville                 NC      27835
City                       State   ZIP Code

Date signed  8/18/2023 | 14:09:48 EDT
             MM / DD / YYYY

Contact phone 252-215-4000    Email paf@wardandsmith.com

Debtor ___Willard Timothy Sutton_____   Case number (*if known*)_____

---

**x** ~Gary M. Harris~ (signature)
Signature of petitioner or representative, including representative's title

Gary M. Harris
Printed name of petitioner

Date signed _____ MM / DD / YYYY

**Mailing address of petitioner**

1130 Autum Lakes Drive
Number    Street

Grimesland                NC       27837
City                      State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City        State ZIP Code

---

**x** *Paul A. Fanning* (DocuSigned by)
57948E75B957437...
Signature of Attorney

Paul A. Fanning
Printed name

Ward and Smith, P.A.
Firm name, if any

Post Office Box 8088
Number    Street

Greenville                NC       27835
City                      State    ZIP Code

Date signed   8/18/2023 | 14:09:48 EDT
              MM / DD / YYYY

Contact phone 252-215-4000    Email paf@wardandsmith.com

---

**x** _____
Signature of petitioner or representative, including representative's title

Thomas Carlton Elks, Jr.
Printed name of petitioner

Date signed _____ MM / DD / YYYY

**Mailing address of petitioner**

1645 East Arlington Boulevard, Suite C
Number    Street

Greenville                NC       27858
City                      State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City        State        ZIP Code

---

**x** _____
Signature of Attorney

Paul A. Fanning
Printed name

Ward and Smith, P.A.
Firm name, if any

Post Office Box 8088
Number    Street

Greenville                NC       27835
City                      State    ZIP Code

Date signed _____ MM / DD / YYYY

Contact phone 252-215-4000    Email paf@wardandsmith.com

---

Official Form 105          Involuntary Petition Against an Individual          page **5**

| Print | Save As... | Add Attachment | Reset |

Debtor    Willard Timothy Sutton                    Case number (if known)_____

---

✖ _____
Signature of petitioner or representative, including representative's title

Gary M. Harris
Printed name of petitioner

Date signed _____
            MM / DD / YYYY

**Mailing address of petitioner**

1130 Autum Lakes Drive
Number    Street

Grimesland              NC      27837
City                    State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State ZIP Code

---

✖ _____
Signature of Attorney

Paul A. Fanning
Printed name

Ward and Smith, P.A.
Firm name, if any

Post Office Box 8088
Number    Street

Greenville              NC      27835
City                    State   ZIP Code

Date signed _____
            MM / DD / YYYY

Contact phone 252-215-4000    Email paf@wardandsmith.com

---

✖ *Thomas Carlton Elks Jr.*
Signature of petitioner or representative, including representative's title

Thomas Carlton Elks, Jr.
Printed name of petitioner

Date signed  08 14 2023
            MM / DD / YYYY

**Mailing address of petitioner**

1645 East Arlington Boulevard, Suite C
Number    Street

Greenville              NC      27858
City                    State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                    State   ZIP Code

---

DocuSigned by:

✖ *Paul A. Fanning*
  57948E75B957437...
Signature of Attorney

Paul A. Fanning
Printed name

Ward and Smith, P.A.
Firm name, if any

Post Office Box 8088
Number    Street

Greenville              NC      27835
City                    State   ZIP Code

Date signed  8/18/2023 | 14:09:48 EDT
            MM / DD / YYYY

Contact phone 252-215-4000    Email paf@wardandsmith.com

---